ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 21 2006

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMMY A. DAWSON, 681033, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-1190-B |
| | ) | ECF |
| NATHANIEL QUARTERMAN, Director | ) | |
| TDCJ-CID, | ) | |
|     Respondent. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 21st day of Sept., 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE